618

No. 496. RIOS v. BAETJER ET AL., TRUSTEES. December 4, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Nelson Gammans* and *Henry G. Molino* for petitioner. *Mr. Earle T. Fiddler* for respondents.

No. 497. SEASIDE IMPROVEMENT CO. v. COMMISSIONER OF INTERNAL REVENUE. December 4, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Lawrence Koenigsberger* for petitioner. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Warren F. Wattles* for respondent.

No. 498. STONEGA COKE & COAL CO. v. PRICE ET AL. December 4, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Mercer B. Tate, Jr.* for petitioner. *Mr. Robert G. Kelly* for respondents.

No. 517. GUY v. UNITED STATES. December 11, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. James J. Laughlin* for petitioner. No appearance for the United States. See *ante,* p. 525.

No. 510. UNITED STATES v. KLEIN, ESCHEATOR OF PENNSYLVANIA. December 11, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE REED took no part in the